Stacy L Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Travis K. Jang-Busby, Esq. (SBN 283256)
busby@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile:  (619) 330-1701

Attorneys for Defendants AXA
Equitable Life Insurance Company and
MONY Life Insurance Company of America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BONNIE OSBAKKEN | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL BASED ON DIVERSITY** |
| v. | |
| AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation; MONY LIFE INSURANCE COMPANY OF AMERICA, an Arizona corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Defendants AXA Equitable Life Insurance Company ("AXA") and MONY Life Insurance Company of America ("MONY") (collectively, "Defendants") through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully remove to this Court the action commenced by Plaintiff Bonnie Osbakken ("Osbakken") on March 28, 2016 in the Superior Court of the State of California, County of Ventura, entitled *Bonnie Osbakken v. AXA EQUITABLE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY OF AMERICA*, Case No. 56-2016-00479812-CU-BC-VTA (the "State Court Action").

1.     Defendants were served with a summons from State Court and a copy of the complaint in the State Court Action by personal service through Corporation Service Company located in California on April 4, 2016. This removal is therefore timely. *See* 28 U.S.C. § 1446(b). True and correct copies of the summons and complaint, which are the only documents to be served upon Defendants thus far in the State Court Action, are attached as Exhibit "A" and "B", respectively.

## JURISDICTION

2.     The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is an action which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs, as set forth more fully below.

## CITIZENSHIP OF PARTIES

3.     Osbakken is, and at the time of the filing of the State Court Action was, a citizen of Ventura County, California. *See Complaint, ¶* 1.

4.     AXA is, and at the time of the filing of the State Court Action was, a life insurance company organized and existing under the laws of the State of New York with its principal place of business in New York.

5.     MONY is, and at the time of the filing of the State Court Action was, a life insurance company organized and existing under the laws of the State of Arizona with its principal place of business in New Jersey.

## AMOUNT IN CONTROVERSY

6.     The Complaint alleges that Plaintiff is entitled to all or a portion of the proceeds of two life insurance policies (the "Death Benefits") issued by AXA and MONY, respectively, in the amount of $1,750,000.00 that became payable as a result of the death of Robert S. Osbakken (the "Insured"). *See Complaint, ¶¶ 2, 9-66.*

/ / /

## THIS COURT'S REMOVAL JURISDICTION

7.      Title 28 U.S.C. § 1441(a) and (b) and Title 28 U.S.C. § 1332 provide the basis for removal jurisdiction to this Court.  Plaintiff claims the right to receive life insurance death benefits that she alleges is in excess of $75,000.  Plaintiff and Defendants are citizens of different states as defined in 28 U.S.C. § 1332.

8.      The timing requirements of 28 U.S.C. § 1446(b) have been satisfied in that this Notice of Removal has been filed with this Court within thirty (30) days after service of the Complaint upon Defendants.  The time for filing this Notice of Removal has not expired under 28 U.S.C. § 1446(b).

9.      The United States District Court for the Central District of California, Western Division is the appropriate court to which this action should be removed because this district is the district embracing actions filed in Ventura County, California.

10.     A true and correct copy of this Notice of Removal is being served upon Plaintiff as required by law under 28 U.S.C. § 1446(d).

11.     A true and correct copy of this Notice of Removal is also being filed promptly with the Clerk of the Circuit Court in and for Ventura County, California, in accordance with 28 U.S.C. § 1446(d).

12.     A true and correct copy of the "Notice To State Court And Adverse Party Of Removal" is attached hereto as Exhibit "C".

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     WHEREFORE, Defendants hereby remove this action, currently

2 pending in the Superior Court of the State of California, Ventura County.

3

4                              **BROWN LAW GROUP**

5

6

7 Dated:  May 2, 2016          By:   _/s/ Travis K. Jang-Busby_
                                        Stacy L. Fode, Esq.
8                                       Travis K. Jang-Busby, Esq.
                                        Attorneys for Defendants AXA
9                                       Equitable Life Insurance Company and
                                        MONY Life Insurance Company of
10                                      America

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---