Stacy L Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Travis K. Jang-Busby, Esq. (SBN 283256)
busby@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants AXA
Equitable Life Insurance Company and
MONY Life Insurance Company of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BONNIE OSBAKKEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation; MONY LIFE INSURANCE COMPANY OF AMERICA, an Arizona corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-02989<br><br>**DEFENDANTS' CORPORATE DISCLOSURE RULE 7.1 STATEMENTS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants AXA Equitable Life Insurance Company and MONY Life Insurance Company of America make the following disclosure:

　　1.　　AXA Equitable Life Insurance Company is an indirect, wholly-owned subsidiary of AXA Financial, Inc., which is itself a wholly-owned indirect subsidiary of AXA S.A., an entity organized under the laws of the Republic of

France. To the best of AXA Equitable Life Insurance Company's knowledge, no publicly held corporation owns 10% or more of the stock of AXA S.A.

2. MONY Life Insurance Company is an indirect, wholly-owned subsidiary of AXA Financial Inc., which is itself a wholly-owned indirect subsidiary of AXA S.A., an entity organized under the laws of the Republic of France. To the best of MONY Life Insurance Company of America's knowledge, no publically held corporation owns 10% or more of the stock of AXA S.A.

**BROWN LAW GROUP**

Dated: May 2, 2016      By:   */s/ Travis K. Jang-Busby*
                                       Stacy L. Fode, Esq.
                                       Travis K. Jang-Busby, Esq.
                                       Attorneys for Defendants AXA Equitable Life Insurance Company and MONY Life Insurance Company of America