Stacy L Fode, Esq. (SBN 199883)
fode@brownlawgroup.com
Travis K. Jang-Busby, Esq. (SBN 283256)
busby@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile:  (619) 330-1701

Attorneys for Defendants AXA Equitable Life Insurance Company and MONY Life Insurance Company of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BONNIE OSBAKKEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation; MONY LIFE INSURANCE COMPANY OF AMERICA, an Arizona corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02989<br><br>**CERTIFICATE OF SERVICE**<br><br>State Court Action Filed: March 28, 2016<br>Removal Filed: May 2, 2016 |

I, Ashley Sinclair, declare as follows:

I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 "B" Street, Suite 1650, San Diego, California 92101.

On May 2, 2016, I served the foregoing documents described as:

---

*Bonnie Osbakken v. AXA Equitable Life Insurance Company, et al.*
**CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

1. **NOTICE OF REMOVAL BASED ON DIVERSITY;**
2. **CIVIL COVER SHEET;**
3. **DEFENDANTS' CORPORATE DISCLOSURE RULE 7.1 STATEMENT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof as follows:

Adam L. Streltzer, Attorney at Law
1875 Century Park East, Suite 700
Los Angeles, Ca 90067-2508
Telephone: (424) 652-8010
Fax: (454) 652-2296
Email: adam@streltzer.com
*Attorney for Plaintiff*

☐ **EMAIL / ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

☒ **MAIL** by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*[signature]*
Ashley Sinclair